IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL T. BAN,<br><br>Defendant. | 4:23CR3053<br><br>ORDER |

Defendant has decided to represent himself at sentencing. (Filing No. 24).

Accordingly,

IT IS ORDERED:

1) The motion to withdraw filed by Maren Chaloupka, (Filing No. 18), is granted.

2) Maren Chaloupka is withdrawn as counsel for the defendant, and she will no longer receive ECF notices in this case.

3) Defendant's motion to proceed pro se, (Filing No. 24), is granted.

4) Defendant's sentencing remains scheduled to be held before Judge John M. Gerrard on July 28, 2023 at 9:00 a.m. in Courtroom 1, Lincoln Federal Building, 100 Centennial Mall N., Lincoln NE 68508.

5) Defendant is reminded that as a condition of release pending sentencing, Defendant agreed to appear at his sentencing hearing in Lincoln, Nebraska. Defendant remains required to appear at the hearing _in person_.

Dated this 26th day of July, 2023.

BY THE COURT:

_s/ Cheryl R. Zwart_
United States Magistrate Judge